IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| TONY LEE DAVIS, | : | |
| Plaintiff | : | |
| VS. | : | |
| Sergeant VIRGINIA WILLIAMS, *et al.*, | : | NO. 7:12-CV-109-HL-TQL |
| Defendants | : | |
| | : | **O R D E R** |

Plaintiff **TONY LEE DAVIS**, while confined at the Thomas County Jail, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. By Orders dated October 9 and November 2, 2012, the Court directed Plaintiff either to pay an initial partial filing fee of $13.33 and supplement his complaint or to voluntarily dismiss this action (Docs. 7 & 8). Plaintiff has paid the $13.33, but failed to submit his supplement. By Order dated November 20, 2012, the Court once again instructed Plaintiff to supplement his complaint and gave him an additional 14 days to comply (Doc. 9). Plaintiff was expressly informed that if he failed to comply with the Court's directive, his case would be dismissed. As of today's date, Plaintiff has yet to file his supplement. Because Plaintiff has failed to comply with this Court's Orders, his lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 12th day of December, 2012.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr